UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
In the matter of the application of

U.S. BANK NATIONAL ASSOCIATION, solely in its capacity as Trustee of Triaxx Prime CDO 2006-1, Ltd.,

                              Petitioner,

                - against -

TRIAXX ASSET MANAGEMENT LLC (f/k/a ICP ASSET MANAGEMENT LLC); TRIAXX PRIME CDO 2006-1, LTD.; and PHOENIX REAL ESTATE SOLUTIONS LTD.,

                              Respondents.

For Judicial Instructions under CPLR Article 77 on the Payment of Certain Administrative Expenses.
-----------------------------------------------------------------------x

No.

**RULE 7.1 STATEMENT**

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Respondent Triaxx Asset Management LLC ("Triaxx") certifies that it is a wholly-owned subsidiary of Triaxx Holdco, LLC ("Triaxx Holdco") and no publicly-held corporation owns 10% or more of the stock of either Triaxx or Triaxx Holdco.  Respondent Phoenix Real Estate Solutions Ltd. certifies that it is owned by Phoenix Holdco LP and no publicly held corporation owns 10% or more of its stock.

3565134.1

Dated: January 19, 2021
      New York, New York

                         FRIEDMAN KAPLAN SEILER &
                           ADELMAN LLP

                        <u>s/ Anne E. Beaumont</u>
                        Eric Seiler (eseiler@fklaw.com)
                        Andrew W. Goldwater (agoldwater@fklaw.com)
                        Anne E. Beaumont (abeaumont@fklaw.com)
                        Priyanka Wityk (pwityk@fklaw.com)
                        Anil Vassanji (avassanji@fklaw.com)
                        7 Times Square
                        New York, NY 10036-6516
                        (212) 833-1100

                        *Attorneys for Triaxx Asset Management LLC and Phoenix Real Estate Solutions Ltd.*